KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CSBN 124940)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-7249
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 06-0428 SI |
| Plaintiff, | ) ) | [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION |
| v. | ) ) | |
| JEFFREY RANDALL JOE, | ) ) | |
| Defendant. | ) ) | |

    This matter came on for hearing before the Court on July 3, 2006. Defendant Jeffrey Randall Joe appeared with his attorney, Mark Rosenbush. The United States appeared through Assistant U.S. Attorney Barbara Silano.

    The parties represented that the government has previously provided voluminous discovery materials (according to the government, it includes more than 150,000 pages of images, plus DVD's and CD-ROMs as well as videotapes) to other defense counsel for other defendants charged in this and related cases. (The Court is familiar with the underlying case, United States v. Enrique Chan, et al., CR 05-0375 SI, which stemmed from a wiretap

1  investigation and involved numerous defendants.)   Defense counsel and the defendant requested
2  the continuance and agreed that a Speedy Trial Act exclusion is appropriate under 18 U.S.C. §
3  3161(h)(8), based upon counsel's need to obtain and review the discovery and become familiar
4  with the case, and to allow adequate time to prepare the case.

5  The next date for this case is September 1, 2006 at 11:00 a.m. before United States
6  District Judge Susan Illston.

7  Accordingly, THE COURT FINDS that a continuance from July 3, 2006 through and
8  including September 1, 2006 is appropriate, and that the ends of justice served by granting such a
9  continuance outweigh the best interest of the public and the defendant in a speedy trial.  THE
10 COURT FURTHER FINDS that failure to grant such a continuance would deny the defendant
11 and his counsel the reasonable time necessary for effective preparation of the case (including
12 review of the voluminous discovery), taking into account the exercise of due diligence.  THE
13 COURT THEREFORE ORDERS that the period from July 3, 2006 through September 1, 2006
14 is excludible time within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv)..

17 DATED: 8/15/06

HON. NANDOR VADAS
United States Magistrate Judge

ORDER EXCLUDING TIME                    2